IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:20-cv-42-BO

| | |
|---|---|
| WAN WANG CASE,<br>            Plaintiff<br>v.<br><br>CLIFFORD KEVIN CASE,<br>             Defendant. | **JOINT NOTICE OF IMPENDING<br>SETTLEMENT** |

The parties, through counsel, notify the Court that they have entered into the Memorandum of Judgment/Order that was filed with the North Carolina General Court of Justice.  On February 22, 2022 and is attached as Exhibit 1 to this notice.  If finalized, this settlement  will resolve the claims pending before this Court.  The parties are in the process of finalizing their settlement, and anticipate filing a notice of dismissal when the settlement is finalized.  If the parties do not reach final agreement on their settlement, they will promptly notify the Court.

DATED: March 24, 2022.

| | |
|---|---|
| */s/ Robert C. deRosset*<br>ROBERT C. deROSSET<br>N.C. State Bar No.:  27656<br>MATTHEW C. BURKE<br>N.C. State Bar No.: 52053<br>YOUNG MOORE AND HENDERSON, P.A.<br>3101 Glenwood Avenue, Suite 200<br>Raleigh, NC  27612<br>Ph:  919-782-6860<br>Fax:  919-782-6753<br>Email:  Bob.deRosset@youngmoorelaw.com<br>Email:  matthew.burke@youngmoorelaw.com<br>*Attorneys for Defendant* | */s/Greg McLawsen*<br>GREG MCLAWSEN<br>Washington State Bar No. 41870<br>Sound Immigration<br>113 Cherry St. ECM# 45921<br>Seattle, WA 98104-2205<br>Ph:  855-809-5115<br>Email:  greg@soundimmigration.com<br>*Attorney for the Plaintiff*<br><br>*/s/ Valeria Cesanelli*<br>VALERIA CESANELLI<br>Morgan & Cesanelli Law<br>N.C. State Bar No.: 45735<br>209 Lloyd St., Suite 120<br>Carrboro, NC  27510<br>Ph:  919-923-1577<br>Email:  valeria@morgancesanelli.com<br>*Local Rule 83.1(d) Counsel* |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause the attorneys below to be served:

Greg McLawsen
Sound Immigration
113 Cherry St. ECM# 45921
Seattle, WA 98104-2205
greg@soundimmigration.com
*Attorney for Plaintiff*

Valeria Cesanelli
Morgan & Cesanelli Law
209 Lloyd St., Suite 120
Carrboro, NC 27510
valeria@morgancesanelli.com
*Local Civil Rule 83.1(d) Attorney for Plaintiff*

Date:  March 24, 2022.

YOUNG MOORE AND HENDERSON, P.A.

BY:     */s/ Robert C. deRosset*
        ROBERT C. deROSSET
        N.C. State Bar No.:  27656
        MATTHEW C. BURKE
        N.C. State Bar No.: 52053
        3101 Glenwood Avenue, Suite 200
        Raleigh, NC  27612
        Ph:  919-782-6860
        Fax:  919-782-6753
        Email:  Bob.deRosset@youngmoorelaw.com
        Email:  matthew.burke@youngmoorelaw.com
        *Attorneys for Defendant*