UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WAN WANG CASE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CLIFFORD KEVIN CASE, | ) | 5:20-CV-42-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiffs motion to dismiss this action without prejudice and defendant's motion to enforce a settlement agreement.

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff's motion for voluntary dismissal of this action without prejudice [DE 60] is GRANTED. Defendant's motion to enforce the settlement agreement [DE 62] is DENIED. This action is hereby DISMISSED without prejudice.

This case is closed.

**This judgment filed and entered on December 13, 2022, and served on:**
Greg McLawsen (via CM/ECF Notice of Electronic Filing)
Valeria Cesanelli (via CM/ECF Notice of Electronic Filing)
Matthew Burke (via CM/ECF Notice of Electronic Filing)
Robert deRosset, IV (via CM/ECF Notice of Electronic Filing)

PETER A, MOORE, JR., CLERK

December 13, 2022

/s/Lindsay Stouch
By: Deputy Clerk